UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| KAREEMAH BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08 1681 |
| | ) |
| THE GEORGE WASHINGTON UNIV. | ) |
| HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application, and dismiss the complaint.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. Here, however, the complaint does not explicitly identify a basis for this Court's jurisdiction and, as plaintiff does not identify herself as a member of a protected class, the complaint does not identify a claim arising under the laws of the United States or otherwise provide sufficient information for the Court to discern a basis for its jurisdiction. Federal district courts also have jurisdiction over civil actions in matters where the controversy exceeds $75,000 and is between citizens of different states. *See* 28 C.F.R. §1332(a). But here, although the parties appear to reside or conduct business in different districts, plaintiff does not establish diversity of citizenship by claiming that the matter in controversy exceeds $75,000. Accordingly, the Court will dismiss the complaint without



3

prejudice for lack of subject matter jurisdiction. An appropriate order accompanies this memorandum opinion.

Date: 9/15/08

_____
Royce C. Lamberth
United States District Judge